UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLACK LIVES MATTER CHICAGO, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) No. 20 C 4319 |
| v. | )<br>) Judge Pallmeyer |
| DAVID PEKOSKE, Acting Secretary of Department of Homeland Security, *et al.*[1], | )<br>)<br>) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Now come all parties, by and through their attorneys, and pursuant to Federal Rule of Civil Procedure 41, stipulate that all of Plaintiffs' claims are dismissed with prejudice, with the respective parties to bear their own costs.

Respectfully submitted,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David Pekoske, Acting Secretary of the Department of Homeland Security, is substituted in place of Chad Wolf.

/s/ Theresa Kleinhaus
*One of Plaintiffs' Attorneys*
Jon Loevy
Heather Lewis Donnell
Steve Art
Theresa Kleinhaus
Julia Rickert
Lindsay Hagy
Ruth Brown
Sean Starr
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900

Brendan Shiller
SHILLER PREYAR JARARD & SAMUELS
@ THE WESTSIDE JUSTICE CENTER
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590

Sheila Bedi
COMMUNITY JUSTICE AND
   CIVIL RIGHTS CLINIC
NORTHWESTERN PRITZKER
   SCHOOL OF LAW
375 E. Chicago Ave.
Chicago, IL 60611
(312) 503-8576

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
(720) 328-5642

David B. Owens
LOEVY & LOEVY
100 S. King St., Ste. 100
Seattle, WA 98104

Joey L. Mogul
G. Flint Taylor
Brad J. Thomson
Christian Snow

PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
(773) 235-0070

Craig B. Futterman
MANDEL LEGAL AID CLINIC
UNIVERSITY OF CHICAGO LAW
   SCHOOL
6020 S. University
Chicago, IL 60637
(773) 702-9611
futterman@uchicago.edu


JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Kathleen M. Flannery
KATHLEEN M. FLANNERY
NIGEL B. COONEY
PATRICK W. JOHNSON
Assistant United States Attorneys
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-7223
(312) 353-1996
(312) 353-5327
kathleen.flannery@usdoj.gov
nigel.cooney@usdoj.gov
patrick.johnson2@usdoj.gov